**Clifton PATTERSON, Plaintiff—Appellant,**

v.

**Larry W. POWERS, Warden; Speller; NFN Carter; Lieutenant Pilgrim; Thomas Miller; Doctor Bianco; NFN Greene, Defendants—Appellees.**

**No. 03–7732.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Clifton Patterson, Appellant pro se. Andrew Todd Darwin, Holcombe, Bomar, Gunn & Bradford, P.A., Spartanburg, South Carolina; Edward Grainger Smith, Butler, Means, Evins & Browne, Spartanburg, South Carolina, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Clifton Patterson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Patterson v. Powers,* No. CA–02–4145–6–22AK (D.S.C. Oct. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*